UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re *Ex Parte* Application of QIC LTD., | Misc. Action No.: 23-mc-355 |
| Applicant, | |
| For an Order Granting Leave to Obtain Discovery from DEUTSCHE BANK AG NEW YORK BRANCH and DEUTSCHE BANK TRUST COMPANY OF THE AMERICAS, | [~~PROPOSED~~] Order |
| Respondents, | |
| For Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | |

This matter comes before the Court on the *ex parte* application ("Application") of QIC Ltd. ("Applicant") for an Order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in a foreign proceeding ("the Application"), which seeks deposition testimony and documents from Deutsche Bank AG New York Branch and Deutsche Bank Trust Company of the Americas (together, "Deutsche Bank U.S." or "Respondents") in connection with foreign proceedings pending in the City Court of Copenhagen and Eastern High Court in Denmark between Applicants and third-party Danske Bank A/S.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED THAT:**

1. Applicant is authorized pursuant to 28 U.S.C. § 1782 ~~to take discovery from Deutsche Bank AG New York Branch and Deutsche Bank Trust Company of the Americas for use in foreign proceedings, relating to the issues identified in its Application, including issu~~e

1

the subpoenas for deposition testimony and production of documents in the form attached as Exhibits H, I, J and K (with Schedule A's) to the Cho Declaration submitted in support of the Application;

2. ~~Respondents are directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and~~

3. Counsel for Applicant is appointed to issue, sign and serve such subpoenas upon Respondents.

Signed this 4th day October 2023

/s/ Lewis A. Kaplan

**So Ordered**

10/4/23

2